1 | SARA M. THORPE  (SBN:  146529)
2 | ANGIE M. BICKEL  (SBN:  220065)
GORDON & REES LLP
Embarcadero Center West
3 | 275 Battery Street, Suite 2000
San Francisco, CA  94111
4 | Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054
5 |
Attorneys for Plaintiff
6 | UNITED STATES FIRE INSURANCE COMPANY

7 |

8 | **THE UNITED STATES DISTRICT COURT**

9 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 | **OAKLAND DIVISION**

11 |

12 | UNITED STATES FIRE INSURANCE            ) CASE NO. C 05 1203 MMC
COMPANY,                                )
                                        ) **STIPULATION AND ~~[PROPOSED]~~**
13 |                   Plaintiff,        ) **ORDER TO STAY ACTION**
                                        )
14 |              vs.                    )
                                        )
15 | THE ROMAN CATHOLIC BISHOP OF         )
OAKLAND, a corporate sole,              )
16 |                                     )
                  Defendant.            )
17 | _____)

18 |

19 |

20 |           Plaintiff UNITED STATES FIRE INSURANCE COMPANY ("US FIRE") and

21 | defendant THE ROMAN CATHOLIC BISHOP OF OAKLAND ("the DIOCESE")

22 | (collectively "the parties") by and through their attorneys of record identified below

23 | hereby enter into the following Stipulation to Stay Action:

24 |           WHEREAS, there are multiple related, pending actions filed by individuals

25 | against the DIOCESE in the process of settling;

26 |           WHEREAS, since at least February 2005, under the oversight of Judge Ronald

27 | Sabraw with the Alameda Superior Court, these cases against the Oakland Diocese

28 | have been the subject of extensive settlement negotiations;

*(left margin, vertical text)* Gordon & Rees LLP / Embarcadero Center West / 275 Battery Street, Suite 2000 / San Francisco, CA 94111

1

CRMF\1032393\793696.1

1    WHEREAS Judge David Hunter of the Alameda Superior Court is actively

2  meeting with the parties in the underlying cases and based upon this the parties in this

3  lawsuit are reasonably optimistic that the underlying suits may settle;

4    WHEREAS, the parties want to give the underlying actions a fair opportunity to

5  settle before incurring fees and costs in this action;

6    WHEREAS, if the underlying suits settle, this litigation will not be necessary; and

7    WHEREAS, staying this action for three months will give the underlying actions a

8  reasonable amount of additional time to settle after which time, if there is no settlement,

9  the case can proceed.

10    NOW, THEREFORE, IT IS HEREBY AGREED, STIPULATED AND ORDERED

11  THAT:

12    1.    All proceedings in this action shall be stayed until October 1, 2005.  All

13  previously set dates shall be taken off calendar, including the case management

14  conference scheduled for July 22, 2005.

15    2.    The parties' last day to meet and confer pursuant to Rule 26(f) of the

16  Federal Rules of Civil Procedure shall be moved to **October 3, 2005**.

17    3.    The parties' last day to serve their initial disclosures pursuant to Rule

18  26(a)(1) and to file and serve their discovery plan pursuant to Rule 26(f) shall be

19  **October 14, 2005**.

20    4.    A case management conference shall be held on October  21 , 2005 ~~(date~~

21  ~~to be determined by the Court)~~.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

2

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY ACTION**

CRMF\1032393\793696.1

1   5.   The parties' last day to file their ^joint^ case management conference statements
2   shall be October 14, 2005 ~~(date to be determined by the Court)~~.

3   **CONSENTED TO BY:**

4   Dated:  June 24, 2005          GORDON & REES, LLP

5
6                                  By: _____
                                        SARA M. THORPE
7                                       Attorney for Plaintiff
                                        UNITED STATES FIRE INSURANCE
8                                       COMPANY

9   Dated:  June 24, 2005          FOLEY & LARDNER, LLP

10
11                                 By: _____
                                        ROBERT C. LEVENTHAL
12                                      Attorney for Defendant
                                        THE ROMAN CATHOLIC BISHOP OF
13                                      OAKLAND

14  IT IS SO ORDERED.

        **APPROVED**
        Judge Maxine M. Chesney

16  DATED:  June 27, 2005          _____
                                   THE HON. MAXINE M. CHESNEY

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY ACTION

CRMF\103239\1793090.1